```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06213
   STEVEN H RUBIN
   LINDA M RUBIN                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-8053     SSN XXX-XX-1139
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/06/07 and confirmed on 08/31/07.

   2.  The case was converted to Chapter 7 after confirmation, 06/03/2008.

   3.  The Debtor paid a total of $  13297.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | 2867.69 | .00 | 2867.69 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 1070.92 | .00 | 1070.92 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED LEGAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5739.57 | .00 | 505.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9336.73 | .00 | 822.39 |
| CAPITAL ONE BANK | UNSECURED | 2540.12 | .00 | 223.73 |
| CAPITAL ONE BANK | UNSECURED | 2325.85 | .00 | 204.86 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1940.80 | .00 | 170.95 |
| CAPITAL ONE BANK | UNSECURED | 843.14 | .00 | 74.27 |
| CAPITAL ONE BANK | UNSECURED | 3299.06 | .00 | 290.58 |
| B REAL LLC | UNSECURED | 439.53 | .00 | 29.80 |
| B REAL LLC | UNSECURED | 4555.26 | .00 | 401.23 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7328.96 | .00 | 645.54 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 417.33 | .00 | 28.29 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 270.33 | .00 | 18.33 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 630.35 | .00 | 42.73 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 543.54 | .00 | 36.85 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9118.79 | .00 | 803.19 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 499.07 | .00 | 33.83 |

```
HSBC                         UNSECURED       NOT FILED            .00         .00
LES OLEFSKY                  UNSECURED       NOT FILED            .00         .00
LORRAINE MCGUIRE             UNSECURED       NOT FILED            .00         .00
MARSHALL FIELDS              UNSECURED       NOT FILED            .00         .00
NICOR GAS                    UNSECURED          123.25            .00         .00
RICHARD RUSSO                UNSECURED       NOT FILED            .00         .00
RESURGENT CAPITAL SERVIC     UNSECURED         9150.67            .00      806.00
ROUNDUP FUNDING LLC          UNSECURED         3262.57            .00      287.37
PORTFOLIO RECOVERY ASSOC     UNSECURED         1475.84            .00      130.00
WELLS FARGO HOME MTGE        MORTGAGE ARRE     2103.50            .00     2103.50
HARRIS BANK CONSUMER LOA     UNSECURED          117.70            .00      101.22
       Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 6042.11          .00      63958.46        .00      70000.57
PRINCIPAL PAID     6042.11          .00       5656.70        .00      11698.81
INTEREST PAID          .00          .00           .00        .00           .00
TOTAL PAID         6042.11          .00       5656.70        .00      11698.81
```

The Debtor's attorney, ILLINI LEGAL SERVICES          , was allowed $   2500.00
and was paid $   1500.00  direct and $   1000.00  through the plan.

The Trustee received $    598.19 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                           PAGE   2
       CASE NO. 07 B 06213 STEVEN H RUBIN & LINDA M RUBIN